**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| Causam Enterprises, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Jupiter Power LLC, Jupiter Power Energy Management LLC, Crossett Power Management LLC, St. Gall Energy Storage I LLC, St. Gall Energy Storage II LLC, House Mountain LLC, Swoose LLC, Flower Valley LLC, Flower Valley II LLC, and Triple Butte LLC, <br><br> *Defendants*. | Civil Action No. 7:26-cv-00113-DC-DTG |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Jupiter Power LLC, Jupiter Power Energy Management LLC, Crossett Power Management LLC, St. Gall Energy Storage I LLC, St. Gall Energy Storage II LLC, House Mountain LLC, Swoose LLC, Flower Valley LLC, Flower Valley II LLC, and Triple Butte LLC (collectively "Defendants"), by and through their undersigned counsel, file this unopposed motion for extension of time to answer or otherwise respond to Plaintiff Causam Enterprises, Inc.'s ("Plaintiff") Complaint (ECF No. 1).

Plaintiff indicates that it served the Complaint on Defendants on April 6, 2026, which would make Defendants' deadline to answer or otherwise respond to the Complaint April 27, 2026. *See* ECF Nos. 7–16; Fed. R. Civ. P. 12(a)(1)(A)(i).

Defendants respectfully request that the deadline to answer or otherwise respond to the Complaint be extended by forty-five (45) days to June 11, 2026 in order to adequately investigate

the allegations in the Complaint and prepare a response thereto. On April 20, 2026, Plaintiff's counsel, Halima Ndai, confirmed via email to Defendants' counsel, Brady Cox, that Plaintiff does not oppose the requested extension.

Accordingly, Defendants respectfully request that the Court issue the attached proposed order extending Defendants' time to answer or otherwise respond to Plaintiff's Complaint to June 11, 2026.

Dated: April 21, 2026

Respectfully submitted,

By: */s/ Brady Cox*
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
brady.cox@alston.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 21, 2026.

Dated: April 21, 2026                          */s/ Brady Cox*
                                               Brady Cox